UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EMILY C. KAUFMAN, | : Case No. 3:13-cv-291 |
| Plaintiff, | : Judge Timothy S. Black |
| | : Magistrate Judge Michael J. Newman |
| vs. | : |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. 11); (2) DISMISSING PLAINTIFF'S COMPLAINT (Doc. 2) FOR FAILURE TO PROSECUTE; AND (3) TERMINATING THIS CASE**

This case is before the Court on the Report and Recommendation of United States Magistrate Judge Michael J. Newman. (Doc. 11). The Magistrate Judge recommends that Plaintiff Emily C. Kaufman's Complaint (Doc. 2) be dismissed for failure to prosecute and failure to comply with the Court's orders. Plaintiff did not object to the Report and Recommendation and the time for doing so has expired. Accordingly, the Report and Recommendation is ripe for review by the Court.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* the substantive filings in this case. Based upon the reasoning set forth in the Report and Recommendation, and the Court's *de novo* review, the Court: (1) **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 11) in its entirety; (2) **DISMISSES** Plaintiff's Complaint (Doc. 2) pursuant to Fed. R. Civ. P. 41(b); and (3) **TERMINATES** this case on the Court's docket.

**IT IS SO ORDERED.**

Date: 3/5/14

Timothy S. Black
United States District Judge