UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**EMILY C. KAUFMAN,**  CASE NO.  **3:13-cv-291**

    Plaintiff, Judge Timothy S. Black
Magistrate Judge Michael J. Newman

**-vs-**

**COMMISSIONER OF
SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the Magistrate Judge (Doc. 11) is **ADOPTED**; that Plaintiff's Complaint (Doc. 2) is **DISMISSED** for failure to prosecute; and this case is **CLOSED** on the docket of this Court.

Date: March 5, 2014  **JOHN P. HEHMAN, CLERK**

By: *s/ M. Rogers*
Deputy Clerk